# EXHIBIT B

---

**Patent Claims Analysis**

**of**

**US10721542: "Method and device for providing a main content and an extra content to a user through reference item"**

**against**

**NFL App**

---

# US10721542B2

United States

| | |
|---|---|
| Inventor | Ruiz Rodriguez Ezequiel |
| Current Assignee | Naxos Finance SA |

---

Worldwide applications

2012  ES CN US EP KR WO

---

| 14/396,843 | is a National Stage Entry of | PCT/EP2012/057644 | 04/26/2012 | Published |
|---|---|---|---|---|

| Total patentTerm Adjustments |
|---|
| 0 |

CLAIMS

1. A method for providing a main content and an extra content to a user, said method comprising:

receiving a specific main content and metadata from a first source and displaying said specific main content on a first device, wherein said metadata and said specific main content are broadcasted together from the first source, and wherein said metadata links said specific main content with an extra content;

forwarding said metadata to a second device, wherein:

the forwarding of said metadata is executed by scanning said metadata by said second device,

the second device receives said extra content from a second source, and

said specific main content is displayed on said first device while said extra content is displayed on said second device;

wherein the extra content changes in correspondence to a change of the specific main content;

wherein the first source is different from the second source;

wherein, when the extra content is selected, the extra content does not change even if the specific main content is changing, and any new extra content, which correlates to the changing specific main content, is delayed from being displayed on the second device until such time as a confirmation or input is received at the second device from the first device, and

wherein the confirmation or input is initially received at a command key of the first device, which is displaying the specific main content, such that the first device's command key, when selected, provides the confirmation or input and further causes the second device to display the new extra content.

| Row | Claim Element | Contention |
|---|---|---|
| 1.0 | 1. A method for providing a main content and an extra content to a user, said method comprising: | *NFL App* has a method for providing a main content and an extra content to a user.<br><br> |

| 1.1 | receiving a **specific main content** and **metadata** from a **first source** and displaying said specific main content on a **first device**, wherein said metadata and said specific main content are broadcasted together from the first source, and wherein said metadata links said specific main content with an **extra content**; | *receiving a **specific main content** [video on smartphone] and **metadata** [data about video, "Pittsburgh Steelers at Denver Broncos"] from a **first source** [media on smartphone] and displaying said **specific main content** [video on smartphone] on a **first device** [SEE IMAGE, smartphone], wherein said **metadata** [data about video, "Pittsburgh Steelers at Denver Broncos"] and said **specific main content** [video on smartphone] are broadcasted together from the **first source** [media on smartphone], and wherein said **metadata** [data about video, "Pittsburgh Steelers at Denver Broncos"] links said **specific main content** [video on smartphone] with an **extra content** [video on TV].* |
|---|---|---|
| | | *For example, the NFL App receives a video on a smartphone, along with data about the video, such as "Pittsburgh Steelers at Denver Broncos," from media on the smartphone. The app displays this video on a first device (the smartphone). The video and its associated data are broadcast together from the media on the smartphone, and the data links the video on the smartphone to a corresponding video on a TV.* |
| | | **specific main content = video on first device** |
| | |  |
| | | **How To Stream / Watch The NFL Mobile App To TV - 2019** |
| | | Mitch Carveth  Subscribe |
| | | 13K subscribers |
| | | 👍 187  👎  ↗ Share  ⋯ |
| | | 71,153 views  Nov 25, 2018 |
| | | <https://www.youtube.com/watch?v=eVQS0ol_0fw> 2018-11-25 |
| | | **metadata = data about video** |



How To Stream / Watch The NFL Mobile App To TV - 2019

<https://www.youtube.com/watch?v=eVQS0ol_0fw> 2018-11-25

*first device*



<https://www.youtube.com/watch?v=eVQS0ol_0fw> 2018-11-25

*first source = media on first device*



<https://www.youtube.com/watch?v=eVQS0ol_0fw> 2018-11-25

*extra content = video on second device*



How To Stream / Watch The NFL Mobile App To TV - 2019

Mitch Carveth
13K subscribers

Subscribe

👍 187     👎     Share     ⋯

71,153 views  Nov 25, 2018

<https://www.youtube.com/watch?v=eVQS0ol_0fw> 2018-11-25

| 1.2 | forwarding said **metadata** to a **second device**, wherein: | *forwarding said* **metadata** *[data about video, "Pittsburgh Steelers at Denver Broncos"] to a* **second device** *[SEE IMAGE, TV].*<br><br>*For example, the NFL App sends the information about the video — "Pittsburgh Steelers at Denver Broncos" — from the smartphone to another device (like a TV)* |
| --- | --- | --- |
| | | ***metadata = data about video*** |



How To Stream / Watch The NFL Mobile App To TV - 2019

Mitch Carveth
13K subscribers

Subscribe

187

Share

71,153 views  Nov 25, 2018

<https://www.youtube.com/watch?v=eVQS0ol_0fw> 2018-11-25

*second device*



<https://www.youtube.com/watch?v=eVQS0ol_0fw> 2018-11-25

| 1.3 | the forwarding of said **metadata** is executed by scanning said metadata by said **second device**, | **the forwarding of said metadata** *[data about video, "Pittsburgh Steelers at Denver Broncos"]* **is executed by scanning said metadata** *[data about video, "Pittsburgh Steelers at Denver Broncos"]* **by said second device** *[SEE IMAGE, TV].*<br><br>*For example, the NFL App allows the second device (such as a TV) to receive the video information — "Pittsburgh Steelers at Denver Broncos" — by scanning or detecting that information sent from the smartphone.* |
| | | **metadata = data about video** |



<https://www.youtube.com/watch?v=eVQS0ol_0fw> 2018-11-25

*second device*



<https://www.youtube.com/watch?v=eVQS0ol_0fw> 2018-11-25

| 1.4 | the **second device** receives said **extra content** from a **second source**, and | *the **second device** [SEE IMAGE, TV] receives said **extra content** [video on TV] from a **second source** [media on TV].* |
| --- | --- | --- |
| | | *For example, the NFL App allows the second device (the TV) to play the video it receives directly from its own media source, such as a streaming service or broadcast channel.* |
| | | ***second device*** |



**How To Stream / Watch The NFL Mobile App To TV - 2019**

Mitch Carveth
13K subscribers

Subscribe

👍 187  👎   ↗ Share   •••

71,153 views  Nov 25, 2018

<https://www.youtube.com/watch?v=eVQS0ol_0fw> 2018-11-25

*extra content = video on second device*



**How To Stream / Watch The NFL Mobile App To TV - 2019**

Mitch Carveth
13K subscribers

Subscribe

👍 187    👎    ⇱ Share    •••

71,153 views  Nov 25, 2018

<https://www.youtube.com/watch?v=eVQS0ol_0fw> 2018-11-25

*second source = media on second device*



**How To Stream / Watch The NFL Mobile App To TV - 2019**

Mitch Carveth
13K subscribers

Subscribe

👍 187    👎    ↪ Share    •••

71,153 views  Nov 25, 2018

<https://www.youtube.com/watch?v=eVQS0ol_0fw> 2018-11-25

| 1.5 | said **specific main content** is displayed on said **first device** while said **extra content** is displayed on said **second device**; | said **specific main content** *[video on smartphone]* is displayed on said **first device** *[SEE IMAGE, smartphone]* while said **extra content** *[video on TV]* is displayed on said **second device** *[SEE IMAGE, TV]*.<br><br>For example, the NFL App shows the video on the smartphone (the first device) at the same time that the same video is playing on the TV (the second device). |
|---|---|---|
| | | **specific main content = video on first device** |



<https://www.youtube.com/watch?v=eVQS0oI_0fw> 2018-11-25

*first device*



**How To Stream / Watch The NFL Mobile App To TV - 2019**

Mitch Carveth
13K subscribers

Subscribe

👍 187    👎

↪ Share    ⋯

71,153 views  Nov 25, 2018

<https://www.youtube.com/watch?v=eVQS0ol_0fw> 2018-11-25

*extra content = video on second device*



**How To Stream / Watch The NFL Mobile App To TV - 2019**

Mitch Carveth
13K subscribers

71,153 views  Nov 25, 2018

<https://www.youtube.com/watch?v=eVQS0ol_0fw> 2018-11-25

*second device*



<https://www.youtube.com/watch?v=eVQS0ol_0fw> 2018-11-25

| 1.6 | wherein the **extra content** changes in correspondence to a change of the **specific main content**; | *wherein the* **extra content** *[video on TV]* *changes in correspondence to a change of the* **specific main content** *[video on smartphone]*.<br><br>*For example, the NFL App is set up so that when the video on the smartphone changes, the video on the TV automatically changes to match it.* |
| | | ***extra content = video on second device*** |



**How To Stream / Watch The NFL Mobile App To TV - 2019**

Mitch Carveth
13K subscribers

Subscribe

👍 187 👎   ⤴ Share   •••

71,153 views  Nov 25, 2018

<https://www.youtube.com/watch?v=eVQS0ol_0fw> 2018-11-25

*specific main content = video on first device*



<https://www.youtube.com/watch?v=eVQS0ol_0fw> 2018-11-25

| 1.7 | wherein the **first source** is different from the **second source**; | *wherein the* **first source** *[media on smartphone]* *is different from the* **second source** *[media on TV]*.<br><br>*For example, the NFL App allows the content on the smartphone to be different from the content being shown on the TV.* |
| --- | --- | --- |
| | | ***first source = media on first device*** |



**How To Stream / Watch The NFL Mobile App To TV - 2019**

Mitch Carveth
13K subscribers

Subscribe

187

Share

•••

71,153 views  Nov 25, 2018

<https://www.youtube.com/watch?v=eVQS0ol_0fw> 2018-11-25

*second source = media on second device*



**How To Stream / Watch The NFL Mobile App To TV - 2019**

Mitch Carveth
13K subscribers

Subscribe

👍 187  👎  ↪ Share  •••

71,153 views  Nov 25, 2018

<https://www.youtube.com/watch?v=eVQS0ol_0fw> 2018-11-25

| 1.8 | wherein, when the **extra content** is selected, the extra content does not change even if the **specific main content** is changing, and any new extra content, which correlates to the changing specific main content, is delayed from being displayed on the **second device** until such time as a **confirmation or input** is received at the second device from the **first device**, and | ***wherein, when the extra content [video on TV]** is selected, the extra content **[video on TV]** does not change even if the specific main content **[video on smartphone]** is changing, and any new extra content **[video on TV]**, which correlates to the changing specific main content **[video on smartphone]**, is delayed from being displayed on the second device **[SEE IMAGE, TV]** until such time as a confirmation or input **["NFL+ Premium support casting for certain content"]** is received at the second device **[SEE IMAGE, TV]** from the first device **[SEE IMAGE, smartphone]**.*

*For example, the NFL App works so that when a video on the TV is selected, that video does not change even if the video on the smartphone changes. Any new video on the TV that matches what is changing on the smartphone will not appear on the TV until the TV receives a "casting" command for that content from the smartphone, which requires NFL+ Premium support.*

*extra content = video on second device* |



**How To Stream / Watch The NFL Mobile App To TV - 2019**

Mitch Carveth

13K subscribers

Subscribe

👍 187    👎    ➦ Share    •••

71,153 views  Nov 25, 2018

<https://www.youtube.com/watch?v=eVQS0ol_0fw> 2018-11-25

*specific main content = video on first device*



<https://www.youtube.com/watch?v=eVQS0ol_0fw> 2018-11-25

*second device*



**How To Stream / Watch The NFL Mobile App To TV - 2019**

Mitch Carveth
13K subscribers

Subscribe

👍 187    👎    ↗ Share    •••

71,153 views  Nov 25, 2018

<<https://www.youtube.com/watch?v=eVQS0ol_0fw>> 2018-11-25

*confirmation or input*

NFL+ and NFL+ Premium support casting for certain content. However, live local and primetime regular season and postseason games are only accessible on a phone or tablet. They cannot be cast to your television or other devices.

<<https://support.nfl.com/hc/en-us/articles/35869781796884-Can-I-cast-NFL-or-NFL-Premium-content-to-my-Smart-TV-or-connected-device>> © 2025

*first device*



**How To Stream / Watch The NFL Mobile App To TV - 2019**

Mitch Carveth
13K subscribers    Subscribe    👍 187  👎  ↗ Share  •••

71,153 views  Nov 25, 2018

<https://www.youtube.com/watch?v=eVQS0ol_0fw> 2018-11-25

| 1.9 | wherein the **confirmation or input** is initially received at a **command key** of the first device, which is displaying the **specific main content**, such that the **first device**'s command key, when selected, provides the confirmation or input and further causes the **second device** to display the new **extra content**. | *wherein the **confirmation or input** ["NFL+ Premium support casting for certain content"] is initially received at a **command key** ["Choose where to show your phone's screen or play content"] of the **first device** [SEE IMAGE, smartphone], which is displaying the **specific main content** [video on smartphone], such that the **first device** [SEE IMAGE, smartphone]'s **command key** ["Choose where to show your phone's screen or play content"], when selected, provides the **confirmation or input** ["NFL+ Premium support casting for certain content"] and further causes the **second device** [SEE IMAGE, TV] to display the new **extra content** [video on TV].*<br><br>*For example, in the NFL App, the NFL+ Premium support "casting" for certain content is first activated when the user on the smartphone selects "Choose where to show your phone's screen or play content." The smartphone is displaying the video at that time. By selecting this option, the NFL+ Premium casting command is sent, which causes the TV (the second device) to display the new video.*<br><br>***confirmation or input*** |

NFL+ and NFL+ Premium support casting for certain content. However, live local and primetime regular season and postseason games are only accessible on a phone or tablet. They cannot be cast to your television or other devices.

<<https://support.nfl.com/hc/en-us/articles/35869781796884-Can-I-cast-NFL-or-NFL-Premium-content-to-my-Smart-TV-or-connected-device>> © 2025

*command key*



<<https://www.youtube.com/watch?v=eVQS0ol_0fw>> 2018-11-25

*specific main content = video on first device*



<https://www.youtube.com/watch?v=eVQS0ol_0fw> 2018-11-25

*first device*



<https://www.youtube.com/watch?v=eVQS0ol_0fw> 2018-11-25

*second device*



**How To Stream / Watch The NFL Mobile App To TV - 2019**

Mitch Carveth
13K subscribers                    Subscribe                    👍 187    👎    ↗ Share    ...

71,153 views  Nov 25, 2018

<https://www.youtube.com/watch?v=eVQS0ol_0fw> 2018-11-25

*extra content = video on second device*



<https://www.youtube.com/watch?v=eVQS0ol_0fw> 2018-11-25

- **PRODUCT/SERVICE = "NFL App"**

- **first device = SEE IMAGE, smartphone**
- **second device = SEE IMAGE, TV**
- **first source = media on smartphone**
- **second source = media on TV**
- **specific main content = video on smartphone**
- **extra content = video on TV**
- **metadata = data about video, "Pittsburgh Steelers at Denver Broncos"**
- **confirmation or input = "NFL+ Premium support casting for certain content"**
- **command key = "Choose where to show your phone's screen or play content"**

- **look-up table = SEE IMAGE, "REPLAYS"**
- **memory = "NFL library programming on-demand"**

CLAIMS

3. The method according to claim 1, wherein the first device provides a look-up table containing identifiers of a plurality of first sources and corresponding plurality of metadata.

4. The method according to claim 3, wherein the look-up table is retrieved by tracking a look-up table path stored on said first device.

6. The method according to claim 3, wherein the second device is a remote control, which comprises an actuating element to initiate said tracking.

9. The method according to claim 1, further comprising:

   memorizing the metadata as a present metadata via a memory, whereby said memory enables scrolling through previous metadata that have already been memorized by the memory before the present metadata was memorized.

10. The method according to claim 1, wherein:

   the metadata is retrieved by the first device while following an indication contained in a primary metadata;

   said primary metadata comprises information to retrieve further metadata or extra contents; and

   said primary metadata is stored in a memory on said first device, or is retrieved during a first usage of the first device.

| Row | Claim Element | Contention |
|-----|---------------|------------|
| 3.1 | 3. The method according to claim 1, wherein the **first device** provides a **look-up table** containing identifiers of a plurality of **first sources** and corresponding plurality of **metadata**. | *wherein the **first device** **[SEE IMAGE, smartphone]** provides a look-up table containing identifiers of a plurality of **first source** **[media on smartphone]**s and corresponding plurality of **metadata** **[data about video, "Pittsburgh Steelers at Denver Broncos"]**.*<br><br>*For example, in the NFL App, the first device (smartphone) contains a look-up table. This table lists multiple media files on smartphones and links each one to its corresponding information about the video, such as the game "Pittsburgh Steelers at Denver Broncos."* |
| | | ***first device***<br><br><br><br>**How To Stream / Watch The NFL Mobile App To TV - 2019**<br>Mitch Carveth<br>13K subscribers     Subscribe     👍 187  👎   ↗ Share   •••<br>71,153 views  Nov 25, 2018<br><https://www.youtube.com/watch?v=eVQS0ol_0fw> 2018-11-25 |
| | | ***look-up table*** |



<https://play.google.com/store/apps/details?id=com.gotv.nflgamecenter.us.lite> @ 2025

*first sources*



**How To Stream / Watch The NFL Mobile App To TV - 2019**

Mitch Carveth
13K subscribers

Subscribe

👍 187 👎 | Share | ...

71,153 views  Nov 25, 2018

<https://www.youtube.com/watch?v=eVQS0ol_0fw> 2018-11-25

*metadata*



<https://www.youtube.com/watch?v=eVQS0ol_0fw> 2018-11-25

| 4.1 | 4. The method according to claim 3, wherein the **look-up table** is retrieved by tracking a look-up table path stored on said **first device**. | *wherein the look-up table is retrieved by tracking a look-up table path stored on said first device **[SEE IMAGE, smartphone]**.*<br><br>*For example, in the NFL App, the look-up table is accessed by following a stored path on the first device (smartphone) that points to where the table is located.* |
| --- | --- | --- |
| | | ***look-up table*** |



<https://play.google.com/store/apps/details?id=com.gotv.nflgamecenter.us.lite> @ 2025

*first device*



<https://www.youtube.com/watch?v=eVQS0ol_0fw> 2018-11-25

| 6.1 | 6. The method according to claim 3, wherein the second device is a remote control, which comprises an actuating element to initiate said tracking. | |
| --- | --- | --- |
| 9.1 | 9. The method according to claim 1, further comprising:<br><br>memorizing the **metadata** as a present metadata via a **memory**, whereby said memory enables scrolling through previous metadata that have already been memorized by the memory before the present metadata was memorized. | *memorizing the* **metadata** *[data about video, "Pittsburgh Steelers at Denver Broncos"] as a present* **metadata** *[data about video, "Pittsburgh Steelers at Denver Broncos"] via a* **memory** *["NFL library programming on-demand"], whereby said* **memory** *["NFL library programming on-demand"] enables scrolling through previous* **metadata** *[data about video, "Pittsburgh Steelers at Denver Broncos"] that have already been memorized by the* **memory** *["NFL library programming on-demand"] before the present* **metadata** *[data about video, "Pittsburgh Steelers at Denver Broncos"] was memorized.*<br><br>*For example, in the NFL App, the NFL+ Premium support "casting" for certain content is first activated when the user on the smartphone selects "Choose where to show your phone's screen or play content." The smartphone is displaying the video at that time. By selecting this option, the NFL+ Premium casting command is sent, which causes the* |

*TV (the second device) to display the new video.*

***metadata***



<https://www.youtube.com/watch?v=eVQS0ol_0fw> 2018-11-25

***memory***

<https://www.nfl.com/plus/learn-more> @ 2025