**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION**

| | |
|---|---|
| **ERR CONTENT IP, LLC,** | |
| *Plaintiff,* | **C.A. No. 1:25-cv-09450-JPO** |
| **v.** | **JURY TRIAL DEMANDED** |
| **NFL ENTERPRISES, LLC,** | |
| *Defendant.* | |

**DECLARATION OF HILARY L. PRESTON IN SUPPORT OF
NFL ENTERPRISES, LLC's
MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

I, Hilary L. Preston, hereby declare under penalty of perjury that, to the best of my knowledge, the following statements are true and correct:

1.      I am a partner with Vinson & Elkins LLP ("V&E") and counsel to defendant NFL Enterprises, LLC ("NFLE") in the above-captioned litigation.  I am licensed in the State of New York and admitted to practice before this Court.  I submit this declaration in support of NFLE's Motion to Dismiss Plaintiff Err Content IP, LLC's ("Plaintiff's") First Amended Complaint.

2.      I have personal knowledge of the facts provided in this declaration and can and will testify competently to them if called upon to do so.

3.      Attached hereto as **Exhibit 1** is a true and correct copy of Exhibit B to a draft of Plaintiff's Second Amended Complaint, which was sent to me via email by Plaintiff's counsel on January 26, 2026.  Page numbers have been added in the footer for clarity.

4938-6196-7503

2

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 19th day of February, 2026, in Austin, Texas.

/s/ Hilary L. Preston
Hilary L. Preston

4938-6196-7503